**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EUGENIA M. WOODARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-0322 |
| | § | |
| GC SERVICES, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with this court's Memoranda and Opinion, the claims of Eugenia M. Woodard against GC Services Limited Partnership are dismissed, with prejudice.

This is a final judgment.

SIGNED on September 30, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge